UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Medicap Pharmacies, Inc.,

Plaintiff,

v.

Apothecary Products, Inc.,

Defendant.

Civil No. 01-1011 (RHK/SRN)

**STIPULATION OF DISMISSAL AND ORDER**

Plaintiff Medicap Pharmacies, Inc. and Defendant Apothecary Products, Inc., by their attorneys and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree to the dismissal with prejudice of all claims in this action, each party to bear its own costs and attorneys' fees.

DATED: March 20, 2002.

Alan M. Anderson (149500)
Sharna A. Wahlgren (241581)
FULBRIGHT & JAWORSKI L.L.P.
225 South Sixth Street, Suite 4850
Minneapolis, MN 55402-4320
Telephone: (612) 321-2800

Attorneys For Plaintiff
Medicap Pharmacies, Inc.

MAR 29 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DATED: March 22, 2002.

Anthony R. Zeuli (274884)
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2215
Telephone: (612) 332-5300

Attorneys For Defendant
Apothecary Products, Inc.

25147501.1

**SO ORDERED**

Dated: March 29, 2002

RICHARD H. KYLE
United States District Judge